# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-CV-00379-RPM

SANDRA M. TRUMBLE,

    Plaintiff

v.

ORTHOPEDIC & SPINE CENTER OF THE ROCKIES, PC,

    Defendant.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear its or her own fees and costs.

WHEREFORE, the parties request that this Court dismiss this action with prejudice with each party to bear its or her own fees and costs.

Respectfully submitted this 22nd day of April, 2016.

| | |
|---|---|
| */s/ Sara A. Green* | */s/ Kristen M. Baylis* |
| Sara A. Green | Kristen M. Baylis |
| BACHUS & SCHANKER, LLC | JACKSON LEWIS P.C. |
| 1899 Wynkoop Street, Suite 700 | 950 17th Street, Suite 2600 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| Telephone: 303.893.9800 | Telephone: (303) 892-0404 |
| Facsimile:  303.893.9900 | Facsimile: (303) 892-5575 |
| sara.green@coloradolaw.net | Kristen.Baylis@jacksonlewis.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |